UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARY LOUISE PERLMAN,                                        :
                                    Plaintiff,              :
                                                            :           22 Civ. 7898 (LGS)
              -against-                                     :
                                                            :           ORDER
ALFA DEVELOPMENT MANAGEMENT LLC,                            :
et al.,                                                     :
                                    Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 13, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for November 16, 2022, at 4:00 P.M.;

WHEREAS, none of the Defendants have appeared, and proof of service has been filed only for Defendant Alfa Development Management LLC;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 15, 2022**, at **noon**. If Plaintiff has not been in communication with Defendants, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **November 15, 2022**, at **noon**.

Dated: November 14, 2022
       New York, New York

                                                      _____
                                                      **LORNA G. SCHOFIELD**
                                                      **UNITED STATES DISTRICT JUDGE**