UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
MARY LOUISE PERLMAN,                                        :
                                        Plaintiff,          :
                                                            :                22 Civ. 7898 (LGS)
                        -against-                           :
                                                            :                     ORDER
ALFA DEVELOPMENT MANAGEMENT LLC,                            :
et al.,                                                     :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on November 14, 2022, the Court was informed that the parties have reached

a settlement agreement in principle.  It is hereby

        **ORDERED** that, by **December 6, 2022**, the parties shall submit: (*i*) the settlement

agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings

this Court must make in order to approve the settlement as fair and reasonable.  *See Cheeks v.*

*Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824

(2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining

factors district courts have used to determine whether a proposed settlement is fair and

reasonable).  It is further

        **ORDERED** that all conferences and trial are **CANCELED**.

        The Clerk of Court is respectfully directed to close the motion at Dkt. No. 9.

Dated: November 15, 2022
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**